AUSA Marshall

# United States District Court
### Western District of Texas

UNITED STATES OF AMERICA

V.

CRISTOBAL PEREZ BAUTISTA (1)
EVERARDO SALAZAR (2)

Complaint

CASE NUMBER: A-11-M-928

To: The United States Marshal
And any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CRISTOBAL PEREZ BAUTISTA and EVERARDO SALAZAR**

And bring him or her forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense)

Austin Police Department Detectives Staha and Morrill received information from a confidential informant stating a subject later identified as **CRISTOBAL BAUTISTA** was selling methamphetamine in the Austin, Travis County, Texas area.

Detectives from the Austin Police Department Major Narcotic Conspiracy Unit conducted surveillance on **CRISTOBAL BAUTISTA** over the course of several weeks.

On December 8th, 2011, Detective Morrill, working in an undercover capacity, negotiated a 3 pound methamphetamine transaction with **CRISTOBAL BAUTISTA** at 9500 S. IH 35, Austin, Travis County, Texas. Detective Morrill agreed to pay Bautista $14,000 per pound. **BAUTISTA** stated he would deliver the first pound to Detective Morrill, receive payment then deliver the other two pounds of methamphetamine.

At approximately 4:29 p.m. **BAUTISTA** arrived at 9500 S. IH 35 to deliver the one pound of methamphetamine. **BAUTISTA** arrived at said location in gold Toyota Corolla, bearing Texas license plate BN8G498, with his younger brother, Omar Bautista. The confidential informant called Detective Morrill and stated **CRISTOBAL BAUTISTA** was in possession of one pound of methamphetamine. Officers observed Omar Bautista exit the gold Toyota Corolla and enter a white Plymouth mini van, bearing Texas license plate BY7S581. Omar Bautista was observed carrying a black satchel from the gold Toyota Corolla and entered the passenger side of the white Plymouth mini van. A Hispanic male driver in the white mini van was later identified as **EVERARDO SALAZAR**.

Officers arrested **CRISTOBAL BAUTISTA** without incident from the gold Toyota Corolla. **CRISTOBAL BAUTISTA** was in possession of a loaded Colt .45 caliber handgun.

Officers arrested **EVERARDO SALAZAR** without incident from the driver side of the white Plymouth mini van. Officers arrested Omar Bautista without incident from the passenger side of the white Plymouth mini van. A loaded 9mm Beretta was removed from Omar Bautista's waistband.

Officers located approximately one pound of methamphetamine (462 grams) in the console area of the white Plymouth mini van in the black satchel between **SALAZAR** and Omar Bautista.

Detective Severson conducted a preliminary analysis on the substance seized and the substance tested positive for Methamphetamine. The amount of Methamphetamine seized was 462 grams.

Knowingly, Intentionally, and Unlawfully conspired, with persons known and unknown, to possess with intent to distribute an illegal controlled substance, to wit: Methamphetamine, schedule II in violation of Title 21 United States Code, Section 841(a)(1) and 846.

_[signature]_

Name of Issuing Officer

U.S. Magistrate Judge

Title of Issuing Officer

December 9th, 2011 Austin, Travis County Texas,

Date and Location

_[signature]_