UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 DEC 20   PM 1:45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| Plaintiff, | ) | |
| | ) | I N D I C T M E N T |
| v. | ) | |
| | ) | A11CR 705 SS |
| | ) | |
| CRISTOBAL PEREZ BAUTISTA | ) | [21 USC 846 & 841 – Conspiracy, |
| | ) | PWID + 500 g methamphetamine; |
| and | ) | 18 USC 924(c) – carry/poss |
| | ) | firearm during drug trafficking |
| EVERARDO SALAZAR | ) | crime] |
| Defendants. | ) | |

USAO # 2011R0

THE GRAND JURY CHARGES:

## Count One
### [21 U.S.C. § 846]

Beginning in or about November, 2011 and continuing until on or about December 8, 2011 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

CRISTOBAL PEREZ BAUTISTA
and
EVERARDO SALAZAR

knowingly, intentionally and unlawfully combined, conspired, confederated, and agreed with others unknown to possess with the intent to distribute a controlled substance, which offense involved more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substances, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and in violation of Title 21, United States Code, Section 846.

## Count Two
### [21 U.S.C. § 841(a)(1)]

On or about Deceember 8, 2011 at Austin, Texas in the Western District of Texas and elsewhere, the Defendants,

CRISTOBAL PEREZ BAUTISTA
and
EVERARDO SALAZAR

did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, which offense involved a more than 500 grams of a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count Three
### [18 USC § 924 (c)]

On or about ~~November 17,~~ December 8 2011, at Austin, TX, in the Western

District of Texas, the Defendants,

CRISTOBAL PEREZ BAUTISTA
and
EVERARDO SALAZAR

during and in relation to a drug trafficking crime, did knowingly

possess, use and carry a firearm, specifically:

a loaded Colt model MKVIV, .45 Caliber semiautomatic pistol
with Pearl grips, and two (2) magazines, S/N: FC29074; and

A loaded Beretta model 92f, 9mm semiautomatic pistol and
one (1) magazine, S/N: 65490

all in violation of Title 18, United States Code, Section
924(c)(1).

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

Robert Pitman
UNITED STATES ATTORNEY

By: _____
For MARK H. MARSHALL    GRANT SPARKS
Assistant U.S. Attorney